EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Víctor M. Agrait Defilló | Queja <br><br> 2000 TSPR 162 |

Número del Caso: AB-2000-0035

Fecha: 08/07/2000

Oficina del Procurador General:

        Lcdo. Reynaldo X. Medina Carrillo

Abogado de la Parte Querellada:

        Por Derecho Propio

Materia: Conducta Profesional

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

In re:

Víctor M. Agrait Defilló        AB–2000–35      CONDUCTA
                                                  PROFESIONAL

**PER CURIAM**

**San Juan, Puerto Rico, a 7 de agosto de 2000**

El Tribunal de Circuito de Apelaciones[1], mediante resolución de 25 de febrero de 2000, nos informó de la renuencia o negativa del Lcdo. Víctor Agrait Defilló de cumplir con el pago de una sanción económica que el referido foro apelativo intermedio le había impuesto al mencionado abogado. Recibida la misma, mediante Resolución del 6 de abril de 2000, referimos la misma a la atención de la Oficina del Procurador General de Puerto Rico para que, luego que practicara la correspondiente investigación, nos informara al respecto.

---

[1] Panel compuesto por los Honorables Jueces Rivera de Martínez, Colón Birriel y Soler Aquino.

El Procurador General, mediante escrito de fecha 25 de mayo de 2000, nos informó: primero, que la conducta observada por el Lcdo. Agrait Defilló, para con el Tribunal de Circuito de Apelaciones, resultaba, a su juicio, violatoria de las disposiciones del Canon 9 de los de Etica Profesional, y, segundo, que no obstante las gestiones realizadas por el Procurador General para obtener alguna reacción de parte del Lcdo. Agrait Defilló, las mismas habían resultado infructuosas.

Atendido lo expresado por el Procurador General de Puerto Rico, el 2 de junio de 2000 emitimos una Resolución mediante la cual le concedimos al mencionado abogado "...un término de quince (15) días . . . para que muestre causa por la cual no debemos suspenderlo indefinidamente del ejercicio de la abogacía por su incumplimiento con los requerimientos del Procurador General." (Enfasis suplido.)

La mencionada Resolución, la cual fue enviada por correo certificado a la dirección del mencionado abogado que consta en la Secretaría de este Tribunal --dirección suministrada, naturalmente, por el propio abogado-- fue recibida por éste el día 12 de junio de 2000, según ello consta del acuse de recibo obrante en el expediente. A pesar del tiempo transcurrido, el Lcdo. Agrait Defilló ha hecho caso omiso de nuestro requerimiento; el igual que hizo con los requerimientos del Tribunal de Circuito de Apelaciones y con los del Procurador General de Puerto Rico.

I

Resulta obvio que el Lcdo. Víctor M. Agrait Defilló no interesa seguir ejerciendo la profesión de abogado en nuestra jurisdicción. Hemos resuelto, en reiteradas ocasiones, que los abogados tienen la ineludible obligación de responder diligentemente a los requerimientos de este Tribunal y del Procurador General de Puerto Rico y que no toleraremos la incomprensible y obstinada negativa de un miembro de nuestro foro de cumplir con las órdenes de este Tribunal. In re: Guemarez Santiago, res. el 30 de junio de 1998, 98 TSPR 102.

Por las razones antes expresadas, procede separar, de forma inmediata e indefinida, del ejercicio de la profesión de abogado y de la notaría a

Víctor M. Agrait Defilló, hasta que otra cosa disponga este Tribunal; le imponemos el deber de notificar a todos sus clientes de su presente inhabilidad de seguir representándolos, les devuelva cualesquiera honorarios recibidos por trabajos no realizados, e informe oportunamente de su suspensión a los distintos foros judiciales y administrativos del País. Deberá, además, certificarnos dentro del término de treinta (30) días a partir de su notificación el cumplimiento de estos deberes, notificando también al Procurador General.

El Alguacil del Tribunal Supremo procederá a incautarse de la obra notarial de Víctor M. Agrait Defilló, incluyendo su sello notarial, debiendo entregar la misma a la Oficina de Inspección de Notarías para el correspondiente examen e informe a este Tribunal.

Se dictará Sentencia de conformidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Víctor M. Agrait Defilló          AB-2000-35     CONDUCTA
                                                 PROFESIONAL



SENTENCIA

San Juan, Puerto Rico, a 7 de agosto de 2000


Por los fundamentos expuestos en la Opinión Per Curiam que antecede, la cual se hace formar parte íntegra de la presente, se dicta Sentencia decretando la suspensión inmediata e indefinida del ejercicio de la profesión de abogado y de la notaría de Víctor M. Agrait Defilló, a partir de la notificación de esta Opinión Per Curiam y hasta que otra cosa disponga este Tribunal. Le imponemos a éste el deber de notificar a todos sus clientes de su presente inhabilidad de seguir representándolos, les devuelva cualesquiera honorarios recibidos por trabajos no realizados, e informe oportunamente de su suspensión a los distintos foros judiciales y administrativos del País. Deberá, además, certificarnos dentro del término de treinta (30) días a partir de su notificación el cumplimiento de estos deberes, notificando también al Procurador General.

La Oficina del Alguacil de este Tribunal procederá, de inmediato, a incautarse de la obra notarial de Víctor M. Agrait Defilló, incluyendo su sello notarial, luego de lo cual entregará la misma a la Oficina de Inspección de Notarías para el correspondiente examen e informe a este Tribunal.

Se ordena a la Subsecretaria de este Tribunal unir copia de la presente Opinión Per Curiam y Sentencia al caso Núm. AB-1998-203.

Así lo pronunció, manda el Tribunal y certifica la Subsecretaria del Tribunal Supremo. La Juez Asociada señora Naveira de Rodón no interviene.


Carmen E. Cruz Rivera
Subsecretaria del Tribunal Supremo